1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

12  MARCUS TERREL RAMSEY,                    )    No. CV 08-6337 ODW (CW)
                                            )
13                      Petitioner,         )    ORDER ACCEPTING REPORT AND
                                            )    RECOMMENDATION OF UNITED STATES
14       v.                                 )    MAGISTRATE JUDGE
                                            )
15  MICHAEL A. SMELOSKY (Warden),           )
                                            )
16                      Respondent.         )
    _____)
17
18
19       Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the
20  entire record in this action, as well as the Report and Recommendation
21  of the United States Magistrate Judge.  No objections to the Report
22  and Recommendation have been received.
23       Accordingly, **IT IS ORDERED**: (1) that the Report and
24  Recommendation of the United States Magistrate Judge be accepted;
25  (2) that Respondent's renewed motion to dismiss (docket no. 15, filed
26  October 13, 2009) be granted; and (3) that judgment be entered
27  dismissing the petition, with prejudice, as time-barred.
28

1

1    **IT IS FURTHER ORDERED** that this order and the judgment herein be

2  served on the parties.

3

4  DATED:      _08-23-2010_

5

6  _____

7  OTIS D. WRIGHT, II
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28