# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MARCUS TERREL RAMSEY,                )   No. CV 08-6337 ODW (CW)
                                     )
                   Petitioner,       )   JUDGMENT
                                     )
        v.                           )
                                     )
MICHAEL A. SMELOSKY (Warden),        )
                                     )
                   Respondent.       )
_____)

    **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED:    08-23-2010

                                                            OTIS D. WRIGHT, II
                                  United States District Judge